# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 27, 2004*

## MOTION AND PROCEDURAL RULINGS

**2004–0277.  Starks v. Fed. Ins. Co.**
Stark App. No. 2003CA00102, 2003-Ohio-4383. This cause is pending before the court on the

certification of a conflict by the Court of Appeals for Stark County. On February 18, 2004, a notice of certified conflict was filed from the same court of appeals order as the notice filed in this case and was assigned case No. 2004–0344. Accordingly,

IT IS ORDERED by the court, sua sponte, that a copy of the court of appeals order certifying a conflict filed in case No. 2004–0334 be deemed filed as a second notice of certified conflict in this case.

IT IS FURTHER ORDERED that Regent Insurance Company and Federal Insurance Company both proceed as appellants herein.